IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANGELO LEHN,

    Plaintiff,

v.

REED RICHARDSON, et al.

    Defendants.

ORDER

Case No.  18-cv-142-wmc

---

ANGELO LEHN,

    Plaintiff,

v.

CHIPPEWA COUNTY JAIL, et al.

    Defendants.

ORDER

Case No.  21-cv-373-wmc

---

ANGELO LEHN,

    Plaintiff,

v.

CHIPPEWA COUNTY JAIL, et al.

    Defendants.

ORDER

Case No.  21-cv-374-wmc

---

ANGELO LEHN,

    Plaintiff,

v.

MUNSON,

    Defendant.

ORDER

Case No.  21-cv-375-wmc

These cases were reopened after the court received a letter from plaintiff Angelo Lehn requesting to reopen the cases. Plaintiff has neither paid the filing fee nor requested leave to proceed without prepayment. For these cases to proceed, plaintiff must pay the $402 filing fee for each case or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 16, 2023. A motion for leave to proceed without prepayment of the filing fee must be accompanied by a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2). If I find that plaintiff is indigent, I will calculate initial partial payment amounts for each case that must be paid before the court can screen the merits of the complaints under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fees in installments.

ORDER

IT IS ORDERED that plaintiff Angelo Lehn may have until March 16, 2023 to submit the $402 filing fee for each case or a motion for leave to proceed without prepayment and a trust fund account statement for the period beginning approximately July 18, 2022 and ending approximately January 18, 2023.

Entered this 23[th] day of February 2023.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANGELO LEHN,

    Plaintiff,

v.

          ORDER
18-cv-142-wmc, 21-cv-373-wmc,
21-cv-374-wmc, and 21-cv-375-wmc

REED RICHARDSON, et al.

    Defendants.

**PRISONER REQUEST TO PROCEED IN DISTRICT COURT
WITHOUT PREPAYING THE FULL FILING FEE**

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

**I.**    **Personal Information**

1) Your name: _____

    (a)    State the place of your incarceration and provide your prisoner identification number:

    _____    _____
                           (place)                                          (number)

    (b)    Are you employed at the institution?    ☐ Yes    ☐ No

    (c)    Do you receive any payment from the institution?    ☐ Yes    ☐ No

**Attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of this request and showing the current balance of your account.**

2)    Do you have any dependents that you are responsible for supporting?

    ☐ Yes    ☐ No

    If "yes," list them below.

3

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ |   | $_____ |
| _____ | _____ |   | $_____ |
| _____ | _____ |   | $_____ |

**II.**     **Property or Assets:** - If you are married, your answers must *include your spouse's property.*

1 )     Do you own a car?

   ☐ Yes          ☐ No                              If "yes," list the car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

2)     Do you own your home(s)?          ☐ Yes          ☐ No

   If "Yes," state the approximate value(s).     $_____

   What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?  $_____

3)     Do you have any cash or checking, savings, or other similar accounts?
   ☐ Yes    ☐ No

   If "Yes," state the total of such sums.     $_____

4)     Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

   ☐ Yes          ☐ No

   If "Yes," describe the property and the approximate value(s).

   _____

   _____

**III.**     **Litigation History**

   For each federal lawsuit that you recall having filed, list as much of the following information that you remember about each case: The name of the case (that is, the plaintiffs and the defendants), the case number or year of filing, and the federal district in which you filed the case. Use more paper if needed.

| **Case Name** (Plaintiffs and defendants) | **Case number** (or year of filing) | **Federal district** |
|---|---|---|
| _____ | _____ | _____ |

_____   _____   _____

_____   _____   _____

_____   _____   _____

**IV.** **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.

_____   _____
Date                                **Signature - Signed Under Penalty of Perjury**